IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROGER D. HARRIS, JR.                                                                         PLAINTIFF

v.                                         Case No. 4:25-cv-4015

JAIL ADMINISTRATOR RAMI COX                                                 DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 33. Judge Singleton recommends that Defendant's Motion for Summary on the limited issue of exhaustion of administrative remedies (ECF No. 21) be denied and that this matter be permitted to proceed to discovery. Defendant has not objected to the R&R, and the time to do so has elapsed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the R&R (ECF No. 33) in toto. Accordingly, Defendant's Motion for Summary Judgment on the limited issue of exhaustion (ECF No. 21) is **DENIED**. This matter may proceed to discovery.

**IT IS SO ORDERED**, this 12th day of February, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge